# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01267-RBJ

JERI DAVIS,

    Plaintiff,

v.

REVIVE DC CORP.,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the MINUTE ORDER [ECF No. 16] of Judge R. Brooke Jackson entered on July 2, 2018, it is

ORDERED that this civil action and all claims therein are DISMISSED WITHOUT PREJUDICE for failure to prosecute.

Dated at Denver, Colorado this 2th day of July, 2018.

                                            FOR THE COURT:
                                            JEFFREY P. COLWELL, CLERK

By: s/  J. Dynes

J. Dynes
Deputy Clerk